UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARNELL CURTIS,

    Plaintiff,

  v.

F. BELTRAN, et al.,

    Defendants.

Case No. 15-cv-02679-DMR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction in this matter. Dkt. 1 at 7. Plaintiff filed an *in forma pauperis* application and his prisoner trust account statement; however, he filed an incomplete copy of his certificate of funds because it was not signed by an authorized officer at the prison. Dkt. 2.

On June 29, 2015, the Clerk of the Court notified Plaintiff that his *in forma pauperis* application was deficient due to the failure to include a certificate of funds that was completed and signed by an authorized officer at the prison. The Clerk further informed him that his action could not go forward until he filed the necessary document within twenty-eight days, and that his failure to do so would result in dismissal of this action. More than twenty-eight days have passed and Plaintiff has not submitted a certificate of funds that has been completed and signed by an authorized officer at the prison.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's *in forma pauperis* application is DENIED as incomplete. Dkt. 2. The Clerk shall enter judgment, terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: August 24, 2015

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARNELL CURTIS,

        Plaintiff,

   v.

F. BELTRAN, et al.,

        Defendants.

Case No.  4:15-cv-02679-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2015, I SERVED a true and correct copy(ies) of the Order of Dismissal Without Prejudice, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Parnell Curtis ID: H-09068
31625 Hwy 101 N
Soledad, CA 93960

Dated: August 24, 2015

    Richard W. Wieking
    Clerk, United States District Court

    By:_____
    Ivy Lerma Garcia, Deputy Clerk to the
    Honorable DONNA M. RYU